IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-00068-REB-KMT

ROBERT ROMEO,

    Plaintiff,

v.

BROWNING, a Utah corporation,
BROWNING ARMS COMPANY, a Utah corporation,
OLIN CORPORATION, a Virginia corporation,
U.S. REPEATING ARMS COMPANY, a Delaware corporation, and
JOHN DOE NO. 1,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANTS, U.S. REPEATING ARMS COMPANY AND BROWNING ARMS COMPANY, ONLY

**Blackburn, J.**

The following matters are before the court for consideration: (1) **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** [#10][1], regarding defendant, U.S. Repeating Arms Company; and (2) **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** [#11], regarding defendant Browning Arms Company, both filed June 23, 2014. After reviewing the notices and the record, I conclude that the notices should be approved and that plaintiff's claims against defendants, Browning Arms Company and U.S. Repeating Arms Company, should be dismissed without prejudice.

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** [#10], regarding defendant, U.S. Repeating Arms Company, filed June 23, 2014, is **APPROVED**;

2. That the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** [#11], regarding defendant, Browning Arms Company, filed June 23, 2014, is **APPROVED**;

3. That plaintiff's claims against defendants, Browning Arms Company and U.S. Repeating Arms Company, are **DISMISSED WITHOUT PREJUDICE**; and

4. That defendants, Browning Arms Company and U.S. Repeating Arms Company, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated June 24, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge